UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Criminal No. 7:16-CR-86-1BO
Civil No. 7:18-CV-39-BO

Johnny Ray Huggins, Jr., )
)
    Petitioner, )
)
v. ) ORDER
)
United States of America, )
)
    Respondent. )

Having examined petitioner's motion pursuant to Rule 4(b) of the Rules Governing § 2255 Proceedings, the United States Attorney is DIRECTED to file an Answer pursuant to Rule 5, Rules Governing § 2255 Proceedings, or to make such other response as appropriate to the above-captioned § 2255 Motion to Vacate, Set Aside or Correct Sentence, within **forty (40)** days of the filing of this order.

SO ORDERED. This _15_ day of March, 2018.

                                                      TERRENCE W. BOYLE
                                                      UNITED STATES DISTRICT JUDGE