IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 7:16-CR-86-1BO
No. 7:18-CV-39-BO

| | |
|---|---|
| JOHNNY RAY HUGGINS, | ) |
| Petitioner, | ) |
| v. | ) ORDER |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) |

This matter coming before the Court for consideration, it is hereby

ORDERED that Respondent's memorandum in support of its motion to dismiss contained in Docket Entry 83 be filed under seal.

This **19** day of ~~April~~ **June**, 2018.

TERRENCE W. BOYLE
United States District Judge